# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 19, 2011**

| | | |
|---|---|---|
| 30088 | State v. Alvarez | Affirmed |

**January 21, 2011**

| | | |
|---|---|---|
| 28857 | Garner v. State, Dept. of Educ. | Affirmed |
| 28745 | Oceanic Kaimamala Corp. v. State | Affirmed |

**January 25, 2011**

| | | |
|---|---|---|
| 28943 | Buscher v. Boning | Affirmed |

**January 26, 2011**

| | | |
|---|---|---|
| 29419 | Wright v. Williams | Reversed and Affirmed |

**January 31, 2011**

| | | |
|---|---|---|
| 29602 | Tacang v. State | Reversed and Vacated; Affirmed; Remanded |

**February 9, 2011**

| | | |
|---|---|---|
| 28816 | Breeden v. Acheson | Affirmed |
| 29201 | Rivero v. Schiavi | Affirmed |

**February 10, 2011**

| | | |
|---|---|---|
| 29576 | Cross v. Harden | Affirmed |

**February 17, 2011**

| | | |
|---|---|---|
| 29843 | State v. Yagin | Affirmed |

**February 22, 2011**

| | | |
|---|---|---|
| 29318 | Leslie v. KKL Trucking, Inc. | Vacated and Remanded |

**February 23, 2011**